UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BLUZ, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHOENIX IV, INC. a Washington corporation, and CHRIS WARREN, an individual.<br><br>Defendants. | No. CV-10-070-RMP<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS BASED ON FAILURE TO PROSECUTE |

This matter comes before the Court on Defendant's Motion to Dismiss Based on Failure to Prosecute, or in the alternative, Defendant's Motion for Summary Judgment, ECF No. 12. The Court held a telephonic hearing on April 28, 2011, at which Duncan Turner was present on behalf of Defendants. This order memorializes and expands on the Court's oral ruling.

The Court had been notified by Mr. Turner of the February 23, 2011, death of Plaintiff's counsel of record, Mr. Randy Alan Gregory. In addition, defense counsel represented that he had communicated with Mr. Gregory's

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS- 1

Personal Representative, Mr. Thomas M. Culbertson, regarding representation of Bluz, Inc. in this case, and had communicated with Mr. Douglas Brajcich, the registered agent of Bluz, Inc., regarding this case. In addition, the Court contacted both Mr. Culbertson and Mr. Brajcich regarding defendants' pending motion to dismiss or for summary judgment and the scheduled telephone conference call for today's hearing. However, no one appeared on behalf of Plaintiff.

Having reviewed the motion and having heard from counsel, the Court finds that the Plaintiff has failed to prosecute this matter and dismisses pursuant to Fed. R. Civ. P. 41(b). Accordingly,

**IT IS HEREBY ORDERED**:

1. Defendant's Motion to Dismiss Based on Failure to Prosecute (**ECF 12**) is **GRANTED**. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are **DISMISSED WITH PREJUDICE** and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

/ / /

/ / /

/ / /

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS- 2

Case 2:10-cv-00070-RMP    Document 19    Filed 04/28/11

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** this file.

**DATED** this 28th day of April, 2011.

       *s/ Rosanna Malouf Peterson*
       ROSANNA MALOUF PETERSON
       Chief United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS- 3